| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF GEORGIA |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | **Debtor's name** | **Bellareed Construction & Remodeling, LLC** |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | **DBA  Bellareed Luxury Pools** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **85-1242936** |

| 4. | **Debtor's address** | **Principal place of business**  **12850 Highway 9 North**  **Suite 600-184**  **Alpharetta, GA 30004**  Number, Street, City, State & ZIP Code  **Fulton**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
|---|---|---|---|

| 5. | **Debtor's website** (URL) | **www.bellareed.com** |
|---|---|---|

| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |
|---|---|---|

Debtor **Bellareed Construction & Remodeling, LLC**_____  Case number (*if known*)_____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor **Bellareed Construction & Remodeling, LLC** _____ Case number (*if known*) _____
Name

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ■ No<br>☐ Yes. |

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

| 11. | Why is the case filed in *this district*? | *Check all that apply:* |

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ■ No<br>☐ Yes. | Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
 What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
 Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
  Contact name _____
  Phone _____

---

**Statistical and administrative information**

| 13. | Debtor's estimation of available funds | . | *Check one:* |

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

| 14. | Estimated number of creditors | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
| 15. | Estimated Assets | ■ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| 16. | Estimated liabilities | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor  **Bellareed Construction & Remodeling, LLC**  Case number (*if known*)
Name

☐ $50,001 - $100,000    ☐ $10,000,001 - $50 million    ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000   ☐ $50,000,001 - $100 million   ☐ $10,000,000,001 - $50 billion
■ $500,001 - $1 million ☐ $100,000,001 - $500 million  ☐ More than $50 billion

| Debtor | **Bellareed Construction & Remodeling, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 28, 2023**
MM / DD / YYYY

**X  /s/ Edward Karram**                                              **Edward Karram**
Signature of authorized representative of debtor                    Printed name

Title    **CEO**

---

**18. Signature of attorney**

**X  /s/ Douglas Jacobson**                                          Date  **November 28, 2023**
Signature of attorney for debtor                                            MM / DD / YYYY

**Douglas Jacobson 223344**
Printed name

**Law Offices of Douglas Jacobson, LLC**
Firm name

**11539 Park Woods Circle**
**Suite 304**
**Alpharetta, GA 30005**
Number, Street, City, State & ZIP Code

Contact phone  **678-341-9114**        Email address  **douglas@douglasjacobsonlaw.com**

**223344 GA**
Bar number and State

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **Bellareed Construction & Remodeling, LLC** | |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF GEORGIA** | ☐ Check if this is an amended filing |
| Case number (if known): | | |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Ally Bank<br>4515 N. Santa Fe Avenue<br>Dept APS<br>Oklahoma City, OK 73118 | | 2019 Dodge Ram 1500 | | $17,500.00 | $0.00 | $17,500.00 |
| Ally Bank<br>4515 N. Santa Fe Avenue<br>Dept APS<br>Oklahoma City, OK 73118 | | 2017 Dodge Ram 1500 | | $16,700.00 | $0.00 | $16,700.00 |
| American Express<br>PO Box 60189<br>City of Industry, CA 91716 | | Business Credit card | | | | $157,000.00 |
| Bryan & Maisha Scott<br>c/o Xavier Romero, Esq.<br>131 East Main St.<br>Canton, GA 30114 | | All debtor's property | | $63,430.00 | $0.00 | $63,430.00 |
| Ford Motor Credit Co. LLC<br>One American Road<br>Dearborn, MI 48126 | | 2018 Ford F150 | | $21,000.00 | $0.00 | $21,000.00 |
| Ford Motor Credit Co. LLC<br>One American Road<br>Dearborn, MI 48126 | | 2022 Ford F650 | | $90,000.00 | $0.00 | $90,000.00 |
| Ford Motor Credit Co. LLC<br>One American Road<br>Dearborn, MI 48126 | | 2022 Ford F350 | | $80,000.00 | $0.00 | $80,000.00 |

Debtor **Bellareed Construction & Remodeling, LLC**　　　　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Greentree Advance c/o STEVEN ZAKHARYAYEV, Esq. 10 W 37th St, RM 602, New York, NY 10018 | | UCC | | $150,000.00 | $0.00 | $150,000.00 |
| Kubota Credit Corp 100 Kubota Drive Grapevine, TX 76051 | | Mini excavator | | $100,000.00 | $0.00 | $100,000.00 |
| Kubota Credit Corp 100 Kubota Drive Grapevine, TX 76051 | | Kubota Skidsteer | | $100,000.00 | $0.00 | $100,000.00 |
| The Aspen Brand 2700 Breckinridge Blvd #A Duluth, GA 30096 | | Commercial lease deficiency (after security deposit deducted) | Unliquidated | | | $14,000.00 |

Ally Bank
4515 N. Santa Fe Avenue
Dept APS
Oklahoma City, OK 73118

American Express
PO Box 60189
City of Industry, CA 91716

Bryan & Maisha Scott
c/o Xavier Romero, Esq.
131 East Main St.
Canton, GA 30114

Ford Motor Credit Co. LLC
One American Road
Dearborn, MI 48126

Greentree Advance
c/o STEVEN ZAKHARYAYEV, Esq.
10 W 37th St, RM 602,
New York, NY 10018

Kubota Credit Corp
100 Kubota Drive
Grapevine, TX 76051

The Aspen Brand
2700 Breckinridge Blvd #A
Duluth, GA 30096

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Bellareed Construction & Remodeling, LLC**                Case No.
                                    Debtor(s)                              Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Bellareed Construction & Remodeling, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 28, 2023**
Date

**/s/ Douglas Jacobson**
**Douglas Jacobson 223344**
Signature of Attorney or Litigant
Counsel for  **Bellareed Construction & Remodeling, LLC**
**Law Offices of Douglas Jacobson, LLC**
**11539 Park Woods Circle**
**Suite 304**
**Alpharetta, GA 30005**
**678-341-9114 Fax:888-990-1740**
**douglas@douglasjacobsonlaw.com**